UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Annette Burmeister, et al.,

Plaintiffs,

v.

American Home Products Corporation, A. H. Robins Company, and Wyeth-Ayerst Laboratories,

Defendants.

Civil 00-1368 DDA/FLN

ORDER OF RECUSAL

Pursuant to the provisions of 28 U.S.C. §455(a), the undersigned hereby recuses himself in this matter.

DATED: June 6, 2000.

Franklin L Noel
FRANKLIN L. NOEL
Chief Magistrate Judge

JUN 07 2000
FILED
FRANCIS E. DOSAL, CLERK
Judgment Ent'd.
Deputy Clerk's Initials

Please use new case

number 00-1368 DDA/JGL